SUMMONS ISSUED

FILED
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

2012 APR -4 AM 9: 22

Raizie Friedman,

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

Civil Action No.:

Plaintiff,

-against-

NCO Financial Systems, Inc.,

Defendant.

**COMPLAINT AND DEMAND
FOR TRIAL BY JURY**

CV 12 - 1643

MANN. M.J.

Plaintiff Raizie Friedman ("Plaintiff" or "Friedman"), by and through her attorneys,

FREDRICK SCHULMAN & ASSOCIATES, Attorneys at Law, as and for her Complaint

against the Defendant NCO Financial Systems, Inc. ("Defendant" or "NCO"), respectfully sets

forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

1. Plaintiff brings this action for damages and declaratory and injunctive relief arising from the

   Defendant's violation(s) of Sec. 1692 et. seq. of Title 15 of the United States Code,

   commonly referred to as the Fair Debt Collection Practices Act ("FDCPA").

## PARTIES

2. Plaintiff is a resident of the State of New York, County of Kings, residing at 210 Middleton

   Street, Apartment 4B, Brooklyn, NY 11206.

3. Defendant is a Pennsylvania corporation with a principal place of business at 507 Prudential Road, Horsham, Pennsylvania 19044, and is authorized to do business in the State of New York.

4. Defendant is a "debt collector" as the phrase is defined and used in the FDCPA.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. Sec. 1331, as well as 15 U.S.C. Sec. 1692 et. seq. and 28 U.S.C. Sec. 2201. If applicable, the Court also has pendent jurisdiction over any State law claims in this action pursuant to 28 U.S.C. Sec. 1367(a).

6. Venue is proper in this judicial district pursuant to 28 U.S.C. Sec. 1391(b)(2).

## FACTUAL ALLEGATIONS

7. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "6" herein with the same force and effect as if the same were set forth at length herein.

8. Upon information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt from Plaintiff ("Alleged Debt").

9. In or about September 2011 or October, 2011, Defendant placed a telephone call to Plaintiff, and left a message for Plaintiff on Plaintiff's answering machine.

10. Said call contained personal and confidential information.

11. Said message was a message to collect a debt, and it was left on an answering machine which was played and heard by one or more third parties who each had the right and opportunity to play same.

12. Said message was heard, among others, by Plaintiff's daughter, Sosy Friedman.

13. The actions of Defendant led to embarrassment, harassment, and disclosure of confidential information to a third party.

14. Said actions by Defendant violated 15 U.S.C. §1692b(2) which prohibits communicating to a third party that a consumer owes a debt.

15. As a result of Defendant's deceptive, misleading and/or unfair debt collection practices, Plaintiff has been damaged.

## FIRST CAUSE OF ACTION
### (Violations of the FDCPA)

16. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "15" herein with the same force and effect as if the same were set forth at length herein.

17. Defendant's debt collection efforts attempted and/or directed towards the Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. §1692b(2).

18. As a result of Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

## DEMAND FOR TRIAL BY JURY

19. Plaintiff demands and hereby respectfully requests a trial by jury for all claims and issues in this complaint to which Plaintiff is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff Raizie Friedman demands judgment against the Defendant NCO

Financial Systems, Inc., as follows:

A.  For actual damages provided and pursuant to 15 U.S.C. Sec. 1692k(a)(1);

B.  For statutory damages provided and pursuant to 15 U.S.C. Sec. 1692k(a)(2)(A);

C.  For attorneys' fees and costs provided and pursuant to 15 U.S.C. Sec. 1692k(a)(3);

D.  A declaration that the Defendant's practices violated the FDCPA; and,

E.  For any such other and further relief, as well as further costs, expenses and disbursement

of this action, as this Court may deem just and proper.


Dated: New York, New York
       March 29, 2012



                                Respectfully submitted,


                                By:_____
                                      Samuel A. Ehrenfeld
                                FREDRICK SCHULMAN & ASSOCIATES
                                Attorneys for Plaintiff
                                30 East 29th Street
                                New York, New York 10016
                                (212) 796-6053