UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------X

| | |
|---|---|
| Raizie Friedman, | Index No. 12 CV 1643 (NG)(VMS) |
| Plaintiff, | **STIPULATION OF** |
| | **DISCONTINUANCE WITH PREJUDICE** |
| -against- | |
| NCO Financial Systems, Inc., | |
| Defendant , | |

----------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party.

Dated:  December 13, 2012
        New York, New York

| | |
|---|---|
| **FREDRICK SCHULMAN & ASSOCIATES** | **SESSIONS FISHMAN NATHAN LLC.** |
| BY:   s/ Jacob J. Scheiner_____ | BY: s/ Aaron R. Easley_____ |
| JACOB J. SCHEINER, ESQ. (JS5223 ) | AARON R. EASLEY, ESQ. (Ae9922) |
| 30 East 29th Street | 200 Route 31 North, Suite 203 |
| New York, New York 10016 | Flemington, New Jersey 08822 |
| Attorneys for Plaintiff | Attorneys for Defendants |

**SO-ORDERED:**

_____
**Hon.**